```
                    FILED
            CLERK, U.S. DISTRICT COURT

                 12/18/2024

            CENTRAL DISTRICT OF CALIFORNIA
            BY: _____AP_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. 8:24-cr-00146-JVS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(C), (b)(2): Possession with Intent to Distribute Controlled Substances; 21 U.S.C. § 853: Criminal Forfeiture] |
| JESUS ANGEL REYNA, aka "Boy," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 28, 2022, in Orange County, within the Central District of California, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of C.H. on or about October 30, 2022.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 21, 2023, in Orange County, within the Central District of California, in a residence, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 680 grams, of Methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 21, 2023, in Orange County, within the Central District of California, in a residence, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 21, 2023, in Orange County, within the Central District of California, in a residence, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 21, 2023, in Orange County, within the Central District of California, in a residence, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally possessed with intent to distribute 3,4-Methylenedioxymethamphetamine ("MDMA" or "ecstasy"), a Schedule I controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(2)]

On or about February 21, 2023, in Orange County, within the Central District of California, in a residence, defendant JESUS ANGEL REYNA, also known as "Boy," knowingly and intentionally possessed with intent to distribute alprazolam, a Schedule IV controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of any of the offenses set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

    (b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

    (c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond

///

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

MITCHELL M. SULIMAN
Assistant United States Attorney
Riverside Branch Office

8